UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-002-FDW

| | |
|---|---|
| MICHAEL RAY KING, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | |
| ) | **ORDER** |
| STATE OF NORTH CAROLINA,[1] ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter is on Petitioner's "Motion to Appeal," (Doc. 5), the Court's prior Order dismissing Petitioner's petition brought pursuant to 28 U.S.C. § 2254 as an unauthorized, successive petition. Petitioner's motion is in the nature of a motion to alter or amend pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.[2]

IT IS HEREBY ORDERED that Petitioner's Motion to Appeal is **DENIED** for the reasons given in the Court's Order dismissing Petitioner's petition.

Signed: April 15, 2014

Frank D. Whitney
Chief United States District Judge

---

[1] Because Petitioner is incarcerated at Franklin Correctional Center, the proper Respondent is the custodian of that facility.

[2] Because Petitioner has submitted a proposed Order by this Court granting his "Motion to Appeal," the Motion to Appeal is not construed as a Notice of Appeal to the Fourth Circuit Court of Appeals. See (Doc. No. 5-2).

1